UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN JOSEPH PACIOS,

Defendant.

Case No. SA CR **SACR16-00043**

NOTICE TO COURT
OF RELATED CRIMINAL CASE

(PURSUANT TO
GENERAL ORDER 224)

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Caldaronello</u>

Case Number ___SA CR 16-22-AG___, which:

_X_ was previously assigned to the Honorable ___Andrew Guilford___;

____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

_X_ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED: April 7, 2016

VIBHAV MITTAL
Assistant United States Attorney

(NOTICE.FRM - 6/98)