# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 16-43-AG |
| Date | August 14, 2018 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter

| Lisa Bredahl | Miriam Baird | Vibhav Mittal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BRIAN JOSEPH PACIOS | X | | X | Diane Bass | X | | X |

**Proceedings:** **STATUS CONFERENCE RE CONDITIONS OF PRETRIAL RELEASE**

Cause is called for hearing with the defendant, his counsel, and counsel for the defendant present. Pretrial Services Officer Anita Navarro is also present. Court, counsel and pretrial confer. The Court deletes the condition of pretrial release that the defendant must submit to alcohol testing.

cc: PTS

0 : 10

Initials of Deputy Clerk   lmb