# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| Case No. | SA CR 16-00043 DSF | Date | September 27, 2021 |
|---|---|---|---|

**Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Renee Fisher | Pat Cuneo | Samuel Jose Diaz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Joseph Pacios | √ | | √ | Diane C. Bass | √ | | √ |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary ☐ Contested

√    Refer to separate Judgment & Probation/Commitment Order.

√    Defendant informed of right to appeal.

√    Bond exonerated on surrender.

√    Other: First priority: The Court recommends that the defendant be designated to a Bureau of Prisons facility somewhere in Southern California.

The Court recommends to the Bureau of Prisons that defendant be designated to a BOP facility that offers the 500-hour Residential Drug Abuse Program (RDAP).